

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00225-CV

| | | |
|---|---|---|
| Jonathan David Tsuchiya | § | From the 153rd District Court |
| v. | § | of Tarrant County (153-269543-13) |
| City of Bedford, City of Colleyville, City of Euless, City of Grapevine, and the City of Westlake | § | September 18, 2014 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM